DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL MUNNA,**
Appellant,

v.

**PALM BEACH WINE MERCHANTS, INC.,**
Appellee.

No. 4D19-3373

[October 1, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward L. Artau, Judge; L.T. Case No. 50-2017-CA-009083-XXXX-MB.

Tina M. Talarchyk of The Talarchyk Firm, Palm Beach, for appellant.

Dean J. Rosenbach of Law Offices of Marshall E. Rosenbach, North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***